RMT/DMP:JGH
F. #2016R00532

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR -5 2019
BROOKLYN OFFICE

BLOCK, J.

BULSARA, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

SINMYAH AMERA CEASAR,

Defendant.

------------------------------X

NOTICE OF MOTION

Criminal Docket No. CR 19-117

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant SINMYAH AMERA CEASAR's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
March 6, 2019

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By: /s/ Josh Hafetz
Josh Hafetz
Assistant United States Attorney
(718) 254-6290

Cc: Clerk of the Court
Deirdre von Dornum
Samuel Jacobson