DMP:JGH/ICR
F. #2016R00532

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 07 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SINMYAH AMERA CEASAR,

　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. _____
(T. 18, U.S.C., §§ 1512(c)(1), 3147 and
 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

OBSTRUCTION OF AN OFFICIAL PROCEEDING

In or about and between June 2018 and July 2018, both dates being approximate and inclusive, within the Eastern District of New York, the defendant SINMYAH AMERA CEASAR, while released under Title 18, United States Code, Chapter 207, did knowingly, intentionally and corruptly alter, destroy, mutilate and conceal one or more records, documents and other objects, to wit: Facebook messages and text messages, with the intent to impair the objects' integrity and availability for use in one or more official proceedings, to wit: (a) bail proceedings in the Eastern District of New York; and (b) sentencing proceedings in the Eastern District of New York.

(Title 18, United States Code, Sections 1512(c)(1), 3147 and 3551 et seq.)

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. O.136

F.#: 2016R00532

FORM DBD-34

JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

SINMYAH AMERA CEASAR,

Defendant.

# INFORMATION

( T. 18, U.S.C. §§ 1512(c)(1), 3147 and 3551 et seq.)

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail.* $ _____

*Josh Hafetz, Assistant U.S. Attorney (718) 254-6290*