## CRIMINAL CAUSE FOR PLEADING

**BEFORE:  MAGISTRATE JUDGE LEVY Courtroom 11B South        DATE:  3/7/19**

**    19     CR     117                        United States v. Sinmyah Amera Ceasar**

**DEFENDANT: Sinmyah Amera Ceasar_____**
          **_X_**present  ___not present        **_X_**cust.  ___bail

**DEFENSE COUNSEL:  ___Samuel Jacobson_____**
          **_X_**present  ___not present        ___CJA  ___RET  **_X_**FD

**AUSA: _Joshua Hafetz_            CLERK:  _Alicia Ferrara_____**

**INTERPRETER:_N/A_____**

**RECORDING START AND END TIME:__1:22-2:08____**

**_X__ CASE CALLED          _X_ DEFT'S FIRST APPEARANCE**
**DEFT:  _X_SWORN        _X_ARRAIGNED          _X_INFORMED OF RIGHTS**

**_X__  WAIVER OF INDICTMENT FILED**
**_X__  INFORMATION FILED**
**_X__  DEFT ENTER GUILTY PLEA TO THE INFORMATION**
**___  DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO**
     **COUNT _____ OF THE SUPERSEDING INDICTMENT**
**_X__  COURT FINDS FACTUAL BASIS FOR THE PLEA**
**___  SENTENCING SET FOR__AT__BEFORE J. __**
**___  SENTENCING TO BE SET BY PROBATION**
**___  BAIL:___SET      ___CONT'D FOR DEFT.    ___CONT'D IN CUSTODY**
**___  CASE ADJOURNED TO_____AT**
**_X__  TRANSCRIPT ORDERED: [1:22-2:08]**
**_X__  COUNSEL WILL CONFER AND REPORT BACK REGARDING A**
     **SENTENCING DATE**

**OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution.  A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.**