5½ hrs

## CRIMINAL CAUSE FOR SENTENCING

BEFORE: _WEINSTEIN J_   DATE: _6/24/19_   TIME: _10:30 a m_

DOCKET NUMBER: _CR 19-117_   DEFT. NUMBER: _____

DEFENDANT: _Sunnyah Ceasar_

_____ Present   _____ Not Present   _____ In Custody   _____ On Bail

ATTORNEY FOR DEFT.: _S. Jacobson  D. Vandervum_

_____ C.J.A.   _____ Retained   _____ Legal Aid/PD

ASST. U.S. ATTORNEY: _Joshua Hafetz_

COURTROOM DEPUTY: _JUNE P. LOWE_   INTERPRETER: _____
Ext. _2525_

COURT REPORTER/ESR OPERATOR: _L. Marino_

TAPE NUMBER: _____

SENTENCE: _Evidentiary/sentencing hearing ordered and began. Hearing continued to 6/25/19 at 10:30 am_

DEFT. SENTENCED ON COUNTS: _____

OPEN COUNTS DISMISSED: _____ On Govt's Motion,   _____ On Ct's Mot.

FINE: _____   SPECIAL ASSESSMENT: _____

SPECIAL CONDITIONS OF SUPERVISION: _____

_____

_____

_____

IS SENTENCE STAYED? _____ Yes   STAYED UNTIL: _____

_____ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]