4 hrs.

## CRIMINAL CAUSE FOR SENTENCING

BEFORE: __WEINSTEIN, J.__   DATE: __6/25/19__   TIME: __10:30 am__

DOCKET NUMBER: __CR 17-43; CR 19-117__   DEFT. NUMBER: _____

DEFENDANT: __Jane Doe; Sinmyah Ceasar__
✓ Present ___ Not Present ✓ In Custody ___ On Bail

ATTORNEY FOR DEFT.: __Deirdre Von Dornum; S. Jacobson__
___ C.J.A. ___ Retained ✓ Legal Aid/PD

ASST. U.S. ATTORNEY: __J. Hafetz, T. Richardson__

COURTROOM DEPUTY: ✓ __JUNE P. LOWE__   INTERPRETER: _____
Ext. __2525__

COURT REPORTER/ESR OPERATOR: __Linda Marino__

TAPE NUMBER: _____

SENTENCE: __Evidentiary/sentencing hearing ends. Sentencing is adjourned to 6/26/19 at 10:30 am__

DEFT. SENTENCED ON COUNTS: _____

OPEN COUNTS DISMISSED: _____ On Govt's Motion,   _____ On Ct's Mot.

FINE: _____   SPECIAL ASSESSMENT: _____

SPECIAL CONDITIONS OF SUPERVISION: _____

IS SENTENCE STAYED?  ___ Yes   STAYED UNTIL: _____
___ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]