*90 mos*

# CRIMINAL CAUSE FOR SENTENCING

BEFORE: **WEINSTEIN J**  DATE: 6/26/19  TIME: 10:30 am

DOCKET NUMBER: CR 17-48, CR 19-117  DEFT. NUMBER: _____

DEFENDANT: Sinmyah Ceasar

___ Present ___ Not Present ___ In Custody ___ On Bail

ATTORNEY FOR DEFT.: D. Van Dorman, S. Jacobson
___ C.J.A. ___ Retained ___ Legal Aid/PD

ASST. U.S. ATTORNEY: J. Hafetz, T. Richardson

COURTROOM DEPUTY: JUNE P. LOWE  INTERPRETER: _____
Ext. 2525

COURT REPORTER/ESR OPERATOR: R. Marino

TAPE NUMBER: _____

SENTENCE: Evidentiary/sentencing hearing held. Deft. is sentenced to 48 mths. incarceration. 8 yrs. supervised release.

DEFT. SENTENCED ON COUNTS: 1 of each indictment

OPEN COUNTS DISMISSED: ___ On Govt's Motion, ___ On Ct's Mot.

FINE: _____  SPECIAL ASSESSMENT: $200

SPECIAL CONDITIONS OF SUPERVISION: _____

IS SENTENCE STAYED? ___ Yes  ✓ No  STAYED UNTIL: _____

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]