FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 02 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– against –<br><br>SINMYAH AMERA CEASAR,<br><br>Defendant. | Order<br><br>17-CR-48<br>19-CR-117 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

For the reasons stated on the record at sentencing, and to be explained in further detail in a forthcoming written opinion, Defendant's sentence is as follows.

Defendant is sentenced to 48 months total incarceration. On Count One of case No. 17-cr-48, Defendant is sentenced to 46 months in prison. On Count One of case No. 19-cr-117, Defendant is sentenced to one month, with an additional one month to be served pursuant to 18 U.S.C. § 3147. The terms of incarceration are to be served consecutively.

Defendant is sentenced to eight years of supervised release on Count One of case No. 17-cr-48 and three years of supervised release on Count One of case No. 19-cr-117, to run concurrently. Supervision will be subject to the special conditions imposed at sentencing.

A special assessment of $200, $100 on each count, is imposed.

No fine is imposed because it is unlikely that Defendant will be able to pay a fine.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: July 1, 2019
       Brooklyn, New York

