# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
__Eastern__ District of __New York__

**UNITED STATES OF AMERICA**

- against -

**SINMYAH AMERA CEASAR,**

**Defendant.**

Docket Number __19-CR-117 (JBW)__

__The Honorable Jack B. Weinstein__
(Senior District Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ; Order _____ ; Other _____ ; _____
(specify)

entered in this action on __August 12, 2019_____.
(specify)

Offense occurred after November 1, 1987   Yes __X__   No ____ .

The appeal concerns: __the sentence imposed_____.

Date __September 11, 2019__        __Ian C. Richardson, AUSA__
(Counsel for Appellant)

TO:  Deirdre Dionysia Von Dornum
Federal Defenders of NY
One Pierrepont Plaza
16th floor
Brooklyn, NY 11201
718-330-1210
Fax: 718-855-0760
Email: Deirdre_vondornum@fd.org
ADD ADDITIONAL PAGE IF NECESSARY

Address:  United States Attorney's Office - EDNY
271-A Cadman Plaza East
Brooklyn, New York, 11201

Telephone Number:   718-254-6299
E-Mail:              ian.richardson@usdoj.gov

**(TO BE COMPLETED BY ATTORNEY)**

▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

____ I am ordering a transcript.
__X__ I am not ordering a transcript.
Reason:
____ Daily copy is available
__X__ U.S. Attorney has placed order
____ Other. Attach explanation

Dates
Prepare transcript of
____ Pre-trial proceedings _____
____ Trial _____
____ Sentence _____
____ Post-trial proceedings _____

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature    /s/    Date  **September 11, 2019**

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____  Signature _____
(Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002