FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
RD 2/10/20 MRK
★ FEB 10 2020 ★
BROOKLYN OFFICE

19-cr-117 (JBW)

Feb/3/2020

Good Day! U.S. District Courts of Brooklyn.

May you recieve this letter with Clear Understanding to waive my FRP payments.

I Sinmyah Ceasar would like the Clerk Courts, to waive my Court Arrest payment Fines fees. Please. There fore its a hardship for me to buy hygeine products as a Women it's so expensive on Commissary also to make emergency Calls to my family who are elderly and sickly - On the other hand my Attorneys are still handling my case. due to being incarcerated. On my IPP-payroll is $18.00 USD from working in Kitchen monthly it can (NOT) pay fully for FRP payment. Its a hardship, I shouldn't be obligated to pay these fines until I get to the half-way house that I will have financial stability working at a secured paying Job to pay this amount my release date is in Four Months June 2020. Please respond ASAP

I would greatly appreciated!

~ Sinmyah Ceasar #89767053

P.S. My payment is 20.00 USD and I don't get or have the money to ~~pay~~ buy My female items!!

Thanks!

RECEIVED
PRO SE OFFICE
FEB 10 2020

(Clerk) Eastern District of New York (LS)
Federal Courts of Brooklyn
225 Cadman Plaza (East)

Brooklyn, NY 11201

i1201$1632 C030

◇89767-053◇
Sinnyah Ceasar
B North
PO BOX 5000
FCI Tallahassee
Tallahassee, FL 32314
United States