IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 25 2020 ★
BROOKLYN OFFICE

March/18/2020

Dear To whom it may Concern,

I Sinmyah, Ceasar, writing to you U.S. Courts approval to give me immediate release or Home Confinement. My release Date June 30, 2020 less than 60 Business Days! I'm asking for you mercy and lenitioy. The FBOP keeps making errors on my RRC Halfway House papers which I don't understand why they don't know what they suppose to know this knowledge I have. Family who are in Nursing Home sick, My Mother Died while I'm in prison a year ago. I'm trying to be better and productive citizen and this is my first Short term Bid, I'm not endanger to Community I have NO Criminal Record except this one! Please I'm asking for Release to get back on my feet and to get my stability in order!

Sincerely, Sinmyah Ceasar #89767053

My lawyer who still handle my case Now!

Samuel Jacobson,    Federal Defenders
Deirdre Vondarnum,   of NYC, Brooklyn

Thank You!!

19 CR 117 (JBW)-1

Peace

◇89767-053◇
Sinmyah Ceasar
B North
PO BOX 5000
FCI Tallahassee
Tallahassee, FL 32314
United States

1120I$1832 C030

United States courts District (EAST)
Clerks of Fed. Judge Weinstein
225 cadman plaza (RM #1(8)
Brooklyn, NY 11201