**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 14, 2020

By ECF and Electronic Mail
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Sinmyah Amera Ceasar, 19-cr-117 (KAM)

Dear Judge Matsumoto:

I write regarding Ms. Ceasar's March 18 letter requesting assistance in securing her transfer to home confinement or placement in a halfway house.

Ms. Ceasar's current release date is July 1, 2020, less than 7 weeks from now. My office conferred this week with Ms. Ceasar's unit staff at FCI Tallahassee as well as with the Bureau of Prisons New York Residential Reentry Office. I understand from these discussions that (1) Ms. Ceasar is currently eligible – and has been eligible since at least early February – for home confinement or placement in a halfway house pursuant to 18 U.S.C § 3624(c) (authorizing certain "prerelease custody"), and as amended by the CARES Act; (2) the necessary prerelease custody paperwork was sent from FCI Tallahassee to the regional BOP reentry office in March or early April; (3) due in part to Covid-related staffing shortages the processing of Ms. Ceasar's paperwork was delayed; (4) the necessary paperwork is now being processed expeditiously by the BOP reentry office and Ms. Ceasar will be placed on home confinement or in a halfway house to the extent practicable.

We have discussed the matter with Ms. Ceasar and are not seeking the Court's intervention at this time. We will of course advise the Court should that change.

Thank you for your consideration of this letter.

Respectfully Submitted,

/s/

Samuel I. Jacobson
Assistant Federal Defender
(718) 407-7429

cc:   AUSA Joshua Hafetz (via ECF)