## CRIMINAL CAUSE FOR VOSR ARRAIGNMENT BY VIDEO

**BEFORE** U.S.D.J. MATSUMOTO      **DATE**: 11/20/2020      **TIME**: 10:30 a.m. - 11:30 a.m.

DOCKET NUMBER: **17CR48 & 19CR117 [KAM]**

**DEFENDANT**: Sinmyah Amera Cesar (dob)

**DEFENSE COUNSEL:** Sam Jacobson & Deirdre Vondornum (Federal Defenders)

AUSA: **Joshua Jacobs & Ian Richardson**   DEPUTY:  Sandra Jackson   C/ REPORTER: H. Driscoll

**X** Case Called       **X** Arraignment hearing on the Violation of Supervised Release.

___ Defendants was released on $_____ Bond with some conditions.

___ Defendant were advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ At this time, defense counsel states on the record that defendant does not have a bail application/package

**Order of Detention Entered** with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered as to the defendant.

___ Code Type__ Start**:**__ Stop__ as to the defendant.

___ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

___ **For reasons stated on the record, defendant's bail appeal request was denied without prejudice.**

___ Defendant advised of his/her rights**.**

___ Defendant waived reading of the Superseding Indictment

___ Information filed.

___ Waiver of indictment executed

X   Defendant entered **Not Guilty Pleas** to **All Charges** in the Violation of Supervised Release

The defendant consented to proceed by telephone pursuant to the CARES Act, and the ongoing courthouse restrictions in place due to COVID-19. Brady obligations were provided orally to the government.

All parties shall appear for a hearing on the violation on 1/5/21 at 10:0a.m. in court or by video.