**U.S.D.J. KIYO A. MATSUMOTO**　　　　　　　　　　　TIME: 10:00 a.m. - 11:00 a.m.

DATE: **Jan. 5, 2021**

## CRIMINAL CAUSE FOR VOSR PLEADING
(by videoconference)

USA - v- **Sinmyah Amera Ceasar**　　　　Docket No.: **17-cr-48[KAM] & 19-cr-117[KAM]**

Defendant: **Sinmyah A. Ceasar**
　✓ present　　__ not present　　　　___ custody　　✓ (dob)

Def. Counsel: **Deirdre D. Von Dornum & Samuel Jacobson**
　✔ present　　__ not present　　✔ Federal Defender　　__ CJA　　__ LAS

AUSA: **Joshua G. Hafetz & Ian C. Richardson**　　　Law Clerk: **Michael Mayer**

USPO/EDNY: **Michael Imrek**　　　　　　　　Court Reporter: **Georgette Betts**

- ✔ Case Called
- ___ Defendant's First Appearance
- ✔ Defendant: ✔ Sworn　___ Arraigned　✔ Informed of Rights
- ___ Defendant Enters Guilty/Not Guilty Plea to Charge (s) of the Violation of Supervision
- ✔ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Charge(s) **1 & 3** of the VOSR.
- ✔ Court Finds Factual Basis for the Plea
- ✔ Court accepts the Plea of Guilty.
- ___ Violation hearing held on Charges___
- ___ The court reserved a decision on Violation Charges
- ___ Bail/Bond: ___ Set ___ Continued for Defendant ___ Continued in Custody
- ✔ Sentencing set for **March 19, 2021 at 1:00 p.m. (in person)**
- ✔ Transcript Ordered
- ✔ The probation officer shall submit an updated violation report by **February 19, 2021**. (Simultaneous objections due by February 26, 2021; any replies by March 3, 2021.)
- ✔ Any updated sentencing submissions by the defense & govt due by **March 8, 2021 (Def.); March 12, 2021 (Gov.); March 15, 2021 (Def. Reply)**
- ___ The remaining Violation Charges are dismissed on the motion of the government.
- ✓ The condition of supervised release regarding home confinement with location monitoring is extended until the date of sentencing.