**From:** "Aborn, Richard (CAAS)" ███████████████
**Date:** March 1, 2021 at 8:38:00 PM EST
**To:** "DuCharme, Seth (USANYE)" ████████████████
**Cc:** "Abrahams, Claire (CAAS)" ███████████████
**Subject: DEEP re-launch**


Hi Seth –

███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████

All the best,
Richard


Crime Commission DEEP re-launch
We are pleased to announce that DEEP, our alternative to arrest/prosecution/conviction for extremism cases, is re-launching and ready to accept a broader variety of cases to better serve the violent extremism and terrorism prevention landscape.
Like so many others, we were severely impacted by Covid and the related disruptions to staff, finance, courts and related operations. That is now behind us and we have reformulated DEEP, partnering with the CASES Nathaniel Clinic - a well-known and highly regarded NYC based Mental Health clinic. This partnership not only permits us to continue serving the extremism population, but also permits us to take referrals whereby mental health issues are a major component driving an individual's behaviour, rather than true ideological commitment to a cause.

The Nathaniel Clinic is an outpatient mental health clinic that specializes in addressing the mental health needs of youth and adults with criminal-legal system involvement. The clinic houses a variety of onsite services, such as psychiatric care and the ability to prescribe and administer medication. This partnership allows us to take on a broader variety of cases. DEEP trained Behavioral Intervention Specialists (BISs) will work out of the clinic, or in select cases out of other clinics, working with participants to deliver the DEEP intervention for DEEP participants.

As you'll recall, DEEP takes a *precision* prevention approach – working one-on-one with low and medium risk individuals, who are court/law enforcement involved. DEEP tailors highly specialized interventions to their specific risks and needs. We address the behaviors that drive violent extremism with corresponding mechanisms of behavior change for this unique population. In order to achieve the sustained behavior change that is critical in this space, a long-term intervention is needed, with length varying depending on the participant. Our model utilizes a two-tiered approach – working with both a BIS and a Transitional Specialist, all under the supervision of Clinical Supervisors. This two-tiered approach is critical, as the BIS will address the underlying psychological factors driving the violent behavior and the Transitional Specialist will facilitate the application of this understanding into everyday life, to ensure long-term, sustained behavior change.
Violent extremism is flourishing in our country, starkly highlighted by the events of January 6th. The events of January 6th, and others, emphasize the need for early prevention/intervention efforts to tackle violent extremism. As the process of mobilization takes place on a spectrum, effective interventions at the early stages of an individual's mobilization could be crucial in preventing violent acts. Drawing on our many years of experience working with complex violence in the prevention and intervention space for high-risk gang and gun involved individuals, the Citizens Crime Commission (CCC) developed the

unique DEEP Initiative: an early engagement initiative, which aims to intervene with individuals on a pathway to extremist behavior, stopping violence before it starts.

The referral process remains as before: DEEP will work directly with individuals referred by federal, state and local law enforcement agencies, the courts, probation, and community referrals. DEEP aims to work with individuals who pose a low to moderate risk of engaging in violence. DEEP is an ideologically agnostic program and works with individuals with any and every ideology. Our mandate is to *demobilize* not *deradicalize,* and an individual's specific ideology is irrelevant to our intervention work. Once an individual is referred to DEEP, eligibility and risk assessments will determine next steps. DEEP is a voluntary program, and all participants must consent, even in court-mandated cases. If you would like to refer a case to DEEP, please do not hesitate to reach out to either of us per the below.

We look forward to working with you and taking a whole of society approach to preventing terrorism and violent extremism.

Our best,

Richard Aborn,
CCC President

Claire Abrahams,
Program Director, DEEP