<S>
<S>
</S>
</S>



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:ICR/JGH
F. #2016R00532

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2021

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Sinmyah Amera Ceasar
                  Criminal Docket No. 17-48 (KAM)
                  Criminal Docket No. 19-117 (KAM)

Dear Judge Matsumoto:

        The government has received and reviewed the updated Violation of Supervised Release ("VOSR") status report filed in the above-captioned matters by the Probation Department ("Probation) earlier this morning. Based on the facts set forth in today's status report, as well as for all of the reasons discussed in both the Government's March 29, 2021 VOSR sentencing submission (see 19-CR-117, Docket No. 39) and during each of the subsequent status conferences held by this Court, the government respectfully requests that the defendant's sentencing no longer be held in abeyance.

        Accordingly, the government requests that the defendant's sentencing for the violations of supervised release to which she pleaded guilty in January 2021 be scheduled for

a date as soon as practicable for the Court. The government will be prepared to further address this issue at tomorrow's previously scheduled status conference.

        Respectfully submitted,

        MARK J. LESKO
        Acting United States Attorney

By:   /s/ *Josh Hafetz*
        Josh Hafetz
        Ian C. Richardson
        Assistant U.S. Attorneys
        (718) 254-7000

cc:   Clerk of Court (KAM) (by ECF)
      Deirdre D. von Dornum, Esq. and Samuel Jacobson, Esq. (by Email and ECF)