

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:ICR
F. #2016R00532

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 29, 2021

<u>By ECF & Email</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Sinmyah Amera Ceasar
      <u>Criminal Docket No. 17-48 (KAM)</u>
      <u>Criminal Docket No. 19-117 (KAM)</u>

Dear Judge Matsumoto:

   The government respectfully submits this letter to notify the Court of the arrest of fugitive defendant Sinmyah Amera Ceasar; to request that the Court unseal both the government's letter to the Court dated August 25, 2021, and the arrest warrant issued by the Court on August 25, 2021; and to renew the government's August 23, 2021 motion for the Court to immediately order the defendant's detention pending further proceedings in the Court of Appeals and in this Court.

   As the Court is aware, on August 25, 2021, the Probation Department's Location Monitoring Unit received a signal from the defendant's GPS location monitoring ankle bracelet indicating that the device had been tampered with or removed from Ceasar's person, and the defendant did not answer despite Probation's repeated attempts to call her phone. The defendant subsequently failed to appear as ordered by the Court at the video status conference on August 25, 2021, at 9:00 a.m. The Court subsequently issued a warrant for the defendant's arrest.

   Following a nationwide fugitive investigation by the Federal Bureau of Investigation ("FBI"), the defendant was arrested Friday afternoon by Special Agents of the FBI in New Mexico. The defendant was not in possession of her GPS location monitoring ankle bracelet at the time of her arrest. Through its investigation, the government has learned that before she fled the defendant told others that she expected to be sent to prison at the August 25, 2021 status conference.

The government expects that the defendant will be taken before a U.S. Magistrate Judge for the U.S. District Court for the District of New Mexico. The government does not currently have details regarding the timing of the defendant's appearance in New Mexico, but will advise defense counsel as soon as it obtains that information. In advance of the defendant's anticipated appearance, and because the defendant is now in custody, the government respectfully requests that the Court unseal the government's August 25, 2021 letter and the August 25, 2021 arrest warrant.

Finally, the government respectfully renews its August 23, 2021 motion for the Court "to immediately order that the defendant be held in custody pending further proceedings in the Court of Appeals and in this Court." (Gov't Mot. at 1, No. 17-CR-48 (KAM), ECF No. 156). As detailed in the government's motion, 18 U.S.C. § 3143, which governs the question of detention or release pending appeal and sentencing, see Fed. R. Crim. P. 46(c), requires the Court to enter an order of detention, whether under § 3143(c) or § 3143(a). Further, in light of the defendant's attempted flight from prosecution, there is no longer any conceivable argument that she is not a risk of flight, and thus she cannot satisfy § 3145(c)'s exception to § 3143(a)'s requirement of detention for "exceptional reasons."

    Respectfully submitted,

    JACQUELYN M. KASULIS
    Acting United States Attorney

By:   /s/ Ian C. Richardson
    Ian C. Richardson
    Josh Hafetz
    Assistant U.S. Attorneys
    (718) 254-7000

cc:   Clerk of Court (KAM) (by ECF)
    Deirdre D. von Dornum, Esq. and Samuel Jacobson, Esq. (by Email and ECF)
    Richard Azarian, Supervisory U.S. Probation Officer (by Email)
    Michael Imrek, Senior U.S. Probation Officer (by Email)