

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:ICR/JGH
F. #2016R00532

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 27, 2021

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Sinmyah Amera Ceasar
      Criminal Docket No. 17-48 (KAM)
      Criminal Docket No. 19-117 (KAM)

Dear Judge Matsumoto:

  In response to the Court's Order issued today in the above-captioned cases, and in light of the fact that the defendant's transport from New Mexico to the Eastern District of New York ("EDNY") has not yet commenced, the government and defense counsel jointly request that the VOSR sentencing currently scheduled for October 4, 2021 be adjourned until the week of November 8, 2021, to allow additional time for the defendant to be transported to the EDNY in the custody of the United States Marshals Service ("USMS").

  The government will advise the Court when the defendant has been returned to this district, and if the defendant has not been returned to this district by November 1, 2021,

the government will provide a status update to the Court and seek a further adjournment of the VOSR sentencing date.

        Probation also joins in this request.

        Respectfully submitted,

        JACQUELYN M. KASULIS
        Acting United States Attorney

By:   /s/ *Josh Hafetz*
       Josh Hafetz
       Ian C. Richardson
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of Court (KAM) (by ECF)
        Deirdre D. von Dornum, Esq. and Samuel Jacobson, Esq. (by Email and ECF)