

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:ICR/JGH
F. #2016R00532

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 15, 2021

<u>By ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  United States v. Sinmyah Amera Ceasar
      Criminal Docket No. 17-48 (KAM)
      <u>Criminal Docket No. 19-117 (KAM)</u>

Dear Judge Matsumoto:

   The government learned yesterday that the defendant in the above-captioned cases has been returned by the United States Marshals Service to the Eastern District of New York and is currently in custody at the Metropolitan Detention Center.

   The defendant is currently scheduled to be sentenced by this Court on November 10, 2021, at 12:45 p.m. for violations of the conditions of her supervised release to which she pleaded guilty in January 2021. The government has conferred with defense counsel, who have indicated that they require additional time to prepare for sentencing. It is the government's understanding from defense counsel that, at present, the defendant does not intend to request release on bail pending sentencing.

   The parties therefore jointly request that the November 10, 2021 VOSR sentencing proceeding be converted to a status conference, during which the parties can discuss with the Court a new date for the VOSR sentencing, as well as how to proceed with the

additional pending violations of supervised release set forth in the Probation Department's August 2021 Supplemental VOSR Report.

                    Respectfully submitted,

                    BREON PEACE
                    United States Attorney

By:   /s/ *Josh Hafetz*
                    Josh Hafetz
                    Ian C. Richardson
                    Assistant U.S. Attorneys
                    (718) 254-7000

cc:    Clerk of Court (KAM) (by ECF)
        Deirdre D. von Dornum, Esq. and Samuel Jacobson, Esq. (by Email and ECF)