Metropolitan Detention Center
Sinngah Amera Cearer #89767053
P.O. Box 329002
Brooklyn, NY 11232

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

NEW YORK NY 100
1 NOV 2021 PM 14 L

Honor Kiyo Motsimoto
U.S. District Courts of NY
225 Cadman Plaza (EAST)
Brooklyn, NY 11201

USMS