Case 1:19-cr-00117-KAM  Document 75  Filed 01/20/22  Page 1 of 3 PageID #: 663

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 20 2022 ★
BROOKLYN OFFICE

RECEIVED
JAN 20 2022
PRO SE OFFICE

Jan/18/2022

Dear Honor Judge Matsumoto, Kiyo.

If you would, please look into to these important Facts below, while I advocate for myself. Thank You!!

#1. I've <u>not</u> recieve my pysch meds Nor pyschatrist came to respond/exhaust any remedies.

#2. I would like if FBI would send All of my Heirloom, Clothes, & Artwork, also family items that was in my Hotel room in my Property & give it to my Federal Defenders Attorneys. Which its very difficult to get Birth-Certificate, Social-security Cards again limited- etc.

#3. I would like for all entities from probation dept, my legal team to research the deradicalize terrioist program in Sweden, Denmark, Saudi-Arabia few else where that handles virtually therapy internationally - Which my Former Judge Weinstein noted that I need such program which they provide in European countries, Although they Could set-up video/zoom in NYC →

at my Jail being detained and Continue this thearpy outside along With D.E.E.P. program too.

I really appreciate if you would do this For me as I'm clearly Need therapy & longtime of it too.
* I'm in need of therapy at this moment either w/ probation therapist or Dr. Kate again? Either that Virtual Video Sessions by government in Europe.

Peacefully,

Sinmayoh A. Ceasar

NEW YORK NY 100
19 JAN 2022 PM 13 L

Judge Kiyo Matsumoto
U.S. Federal Courts District (East)
225 Cadman Plaza (East)
Brooklyn, NY 11201

MDC Brooklyn
Sinmyah A. Ceasar #876253
P.O. Box 329002
Brooklyn, NY, 11232

LEGAL MAIL