FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2022 ★
BROOKLYN OFFICE


RECEIVED
FEB 28 2022
PRO SE OFFICE

Feb/21/2022

Dear Judge Matsumoto,

Hope you recieve this letter in good health!

I'd been asking medical here many of times to give me my overnight Heavy duty pads, since Commissary Trust Funds don't sell pads that is for Heavy bleeding.

Second, we are still on National lockdown & getting cold Foods like PB+Jelly or rotten bolongna & NO Fruit or Veggie For 2-3 weeks now! Also our Halaal Meals aren't Halaal plus I told Deputy Warden & AW-Warden & they said they had spent 40,000 Thousand dollars budget For Food Service to buy Halaal & They said we dnt know why Food Service order incorrectly or why they give us Jewish menus—

— I'd been waiting 4 months For eye glasses since I got here & Cop-out many of time - Never →

Came to see me on put me on the list!

- Also GED Test keep delaying here since lockdown.

* I've Not seen my second discovery from FBI got on me Nor any legal mail to this date. & they'd open my legal w/out me there

** Also, I got injured in medical room, on the day going to medical visit w/others inmates stuffed in cramped room that's cluttered, dirty & ceiling tiles all over the floor & I'd fell & twisted my back & got scars on my leg, shoulder & arms/ Can't take photos since No legal visit National lockdown or Just in general my legal team didn't come to see me either —

Please Respond on getting this Resolved!
Thank you!

P.S. I got proof of ceiling tiles pieces I'm saving to show you too —

Ceasar, Sinmyah #89767053

## Medical

- Meds- Serquel / Klonopin Still Never recieve it & Court Order them
- Neglect / Malpractice when I was injured in Medical Lobby Over 3 weeks by clutter tiles fell on me & dysfunctional area. Still in pain - BK hurts etc
- Mail room - family sent my mail since mid Jan 2022 Never got any.
- Open up Legal Mail violation
- Expire Foods & Meats w/ Mold & Magots lively Moving in trays!, Lack of Veggies & Fruit
- Commissary has NOT ~~inmates~~ Shopped us Full Amount w/ Food or Religious items on every lock down & generally.
- Deny Legal visits because short of staff to strip out Females inmates.
- No paper to print Thulincee of cop-outs
- *(Prescription eye glasses) Never come to check me out!
- * No Heavy duty Over-night plus size Pads for my Hemorrhage Menstrual Cycle Bleeding thru Several Pads Every few Hours ruin underwear! & Commissary don't sell None that Overnight Heavy duty NOT AT ALL.
- * GED Class & Test Not Availb

NEW YORK NY 100
23 FEB 2022   PM 2002

USMS

Judge Kiyo Matsumoto
U.S. District Court (EAST)
225 Cadman Plaza
Brooklyn, NY, 11201

MDC Brooklyn
Simmyah Amor Ceasar #87767053
P.O. Box 329002
Brooklyn, NY, 11232

LEGAL MAIL