TRULINCS 89767053 - CEASAR, SINMYAH AMERIA - Unit: BRO-B-A

---

FROM: 89767053
DATE: 04/10/2022 03:42:44 PM

To: Food service  4/10/22 — 4/18/22

hi i would like to know can we get bananas also in our halaal bags because the apples mostly be bruised up or rotten!!



TRULINCS 89767053 - CEASAR, SINMYAH AMERIA - Unit: BRO-B-A

---

CEASAR, SINMYAH, Reg# 89767053, BRO-B-A

To: supervisor brent?
Inmate Work Assignment: west laundry

**F Religious Service (Imaam)**

good d~ ~~~~~~~ ~~~~~~ ~~~~~ is forgetting my halaal meals and its happens to be 1-2 times a day and they don't come back to bring it to me so i have to suffer and NOT EAT AT ALL or eat mainline which isn't HALAAL and i DON'T EAT BEEF *medically a reason* this has to be articulated to FOOD SERVICE!! thanks...

→ Re wrote: I'm very frustrated that F.S. Forgetting my Halaal meals, 1-2x a DAY! & they don't come back to bring to me! etc!

[signature]

CEASAR, SINMYAH AMERIA - Unit: BRO-B-A

FROM: 89767053
TO: Correctional Services/Captain
SUBJECT: ***Request to Staff*** CEASAR, SINMYAH, Reg# 89767053, BRO-B-A
DATE: 04/17/2022 10:50:01 AM

*[handwritten: 4/17/22 4/17 Forward]*

> good day! i am so frustrated that food service keeps forgetting my halaal meals and its happens to be 1-2 times a day and they don't ... to bring it to me so i have to suffer and NOT EAT AT ALL or eat mainline which isn't HALAAL and i DON'T EAT BEEF medically a reason! this has to be articulated to FOOD SERVICE!! thanks...

TO: Food Service
SUBJECT: ***Request to Staff*** CEASAR, SINMYAH, Reg# 89767053, BRO-B-A
DATE: 04/17/2022 10:49:25 AM

To: supervisor (Food service)

CEASAR, SINMYAH AMERIA on 4/17/2022 10:48 AM wrote:

4/17/2022

good day! i am very frustrated that food service keeps forgetting my halaal meals and its happens to be 1-2 times a day and they don't come back to bring it to me so i have to suffer and NOT EAT AT ALL or eat mainline which isn't HALAAL and i DON'T EAT BEEF personal this has to be articulated to FOOD SERVICE!! thanks...

TRULINCS 89767053 - CEASAR, SINMYAH AMERIA - Unit: BRO-B-A

---

TO: Food Service
SUBJECT: CEASAR, SINMYAH, Reg# 89767053, BRO-B-A

To: supervisor
Inmate Work Assignment: west laundry

*[handwritten: Ink(out) 4/23/22 Food-service]*

see attached
-----CEASAR, SINMYAH AMERIA on 4/23/2022 7:24 AM wrote:

good day! please put me back on the Ramadan list, i am done my menstrual cycle as a female!! please put me on the list again to food service too.

SUBJECT:   Request to Staff — SEAGAR, SINMYAH, Reg# 89767053, BRO-B-A
DATE: 04/24/2022 01:32:46 PM

To: supervisor
Inmate Work Assignment: west laundry

FORGETTING OUR HALAAL MEALS AND JEWISH PEOPLE

↓ ←(Ink out)
We dont have Ink! sorry
4/24/22  each page I'm Re-write!↓

*Food Service
— I want to know why every week you guys keep forgetting our HAlaal/Jewish meals — & we end up eating Nasty mainline Food!