UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES,

                                                                                        **17 Cr. 48 / 19 Cr. 117 (KAM)**

        v.

SINMYAH AMERA CEASAR,                        **ORDER**

------------------------------------------------------X

**KIYO A. MATSUMOTO, United States District Judge.**

Effective immediately, the Federal Bureau of Prisons shall provide Sinmyah Amera Ceasar, Reg. No. 89767-053, who is currently detained at the Metropolitan Detention Center in Brooklyn, New York, with three halal meals daily, none of which shall include beef or beef products.

                                                       **SO ORDERED.**

Dated:  Brooklyn, New York
          June \_\_\_\_, 2022

                                                     _____
                                                     **HON. KIYO A. MATSUMOTO**
                                                     **U.S. DISTRICT JUDGE**