# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

### Eastern District of New York

**UNITED STATES OF AMERICA**     Docket Numbers: **19-cr-117 (KAM)**

-v-                              **Honorable Kiyo A. Matsumoto**
                                 (District Court Judge)

**SINMYAH AMERA CEASAR**

Notice is hereby given that **Sinmyah Amera Ceasar** appeals to the United States Court of Appeals for the Second Circuit from the:

☒ Judgment    ☐ Order    ☐ Other: _____ **(specify)**

entered in this action on **4/14/2025**.

Offense occurred after November 1, 1987:  ☒ Yes    The appeal concerns:  ☐ Conviction Only
                                          ☐ No                           ☐ Sentence Only
                                                                         ☒ Conviction and Sentence

**Date:** April 21, 2025              **Daniel Habib, Esq.**
                                      (Counsel for Appellant)

**TO:** Andrew Reich, Esq.            **Address:** Federal Defenders of New York, Inc.
       Assistant United States Attorney          52 Duane Street - 9th Floor
                                                 New York, NY 10007

**From:** Amera Sinmyah Ceasar
          Reg. No. 89767-053         **Tel. No.:** (212) 417-8742
          **Samuel Jacobson, Esq.**
          **Deirdre von Dornum, Esq.**
          Of Counsel

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ➤**QUESTIONNAIRE** | ➤**TRANSCRIPT ORDER** ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE). |
| ☒ I am ordering a transcript<br>☐ I am not ordering a transcript<br>  Reason:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: Attach explanation | **Prepare transcript of**      **Dates**<br>☐ Plea Hearing: _____<br>☐ Trial _____<br>☒ Sentence Hearing:    **4/09/2025**<br>☐ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)) ➤    Method of payment  ☐ Funds    ☐ CJA Form 24    ☒ Federal Defenders of New York, Inc.

*Samuel Jacobson/bp*              **Date:** April 21, 2025
**Attorney's Signature**

➤**COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forward to Court of Appeals

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
| | | |

Date _____    Signature _____
                                      (Court Reporter)