**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY 11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

July 7, 2025

By ECF and Electronic Mail
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Sinmyah Amera Ceasar, 17-cr-48 / 19-cr-117 / 22-cr-459 (KAM)

Dear Judge Matsumoto,

Pursuant to the Court's June 23 order, the parties have conferred regarding Ms. Ceasar's June 6 pro se letter, requesting return of certain property seized by the FBI and waiver of her Inmate Financial Responsibility Program payments ("IFRP") payments. *See* ECF No. 147. The issues have been resolved, and do not require further intervention from the Court at this time. As to Ms. Ceasar's property, the government advises that it will be returned by the FBI following resolution of Ms. Ceasar's direct appeal. With respect to Ms. Ceasar's IFRP obligations, the parties are in agreement that these payments are for the $300 special assessment, which the Court does not have the ability to waive. Undersigned counsel spoke with Ms. Ceasar earlier today and advised her accordingly.

Thank you for your consideration of this letter.

Respectfully Submitted,
/s/
Samuel I. Jacobson
Deirdre D. von Dornum
Federal Defenders of New York

cc:   all counsel of record (via ECF)